

FILED'05 MAY 17 11:12USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

CALVIN L. HEDLUND, JR.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No.: 04-1514-BR

Order for Attorney Fees Pursuant to the
Equal Access to Justice Act
28 USC §2412

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,252.20 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No part of the attorney fees will go to Legal Aid Services of Oregon. There are no costs and expenses to be paid herein.

Dated this 16th day of May, 2005.

_____
United States District Court Judge

Presented by:

_____
Karen A. Berkowitz
Oregon Law Center
(503) 473-8321
Of Attorneys for Plaintiff

Page 1 - Order for Attorney Fees Pursuant to the Equal Access to Justice Act